APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kathryn Hanegraaf | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Paul Morelli Design, Inc. et al. | : | |
| | : | NO.  16-2848 (LDD) |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Andrew Dwyer</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16-2848 (LDD)

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Andrew Dwyer__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ~~7041~~ 7057, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New Jersey | 12/20/1990 | 037211990 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 10/21/1991 | 2435774 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| District of NJ | 12/20/1990 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| SDNY | 01/14/0992 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 03/19/1992 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   Kathryn Hanegraaf (plt)

(Applicant's Signature)

07/18/2016
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Dwyer & Barrett, L.L.C.

17 Academy St., Suite 1201, Newark, NJ 07102

(973) 242-3636

Sworn and subscribed before me this

18 Day of July, 2016

Karen Russomanno
Notary Public



OFFICIAL SEAL
KAREN RUSSOMANNO
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires Feb. 6, 2018

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Andrew Dwyer____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Patricia V. Pierce | *[signature]* | March 4, 1982 | 23129 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Greenblatt Pierce Engle Funt & Flores, LLC

123 South Broad St., Suite 2500, Philadelphia PA 19109

(215) 735-1600

Sworn and subscribed before me this

20th Day of July, 2016

*[signature]* Pamela Dee Huffman
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
PAMELA DEE HUFFMAN, Notary Public
   City of Philadelphia, Phila. County
My Commission Expires October 3, 2018
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kathryn Hanegraaf : CIVIL ACTION
:
v. :
Paul Morelli Design, Inc. et al. :
: NO. 16-2848 (LDD)

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Andrew Dwyer
Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Tracy A. Walsh

Weber Gallagher Simpson Stapelton Fires & Newby LLP

2000 Market St., Suite 1300, Philadelphia, PA 19103


_____
Signature of Attorney

Patricia V. Pierce
Name of Attorney

Kathryn Hanegraaf
Name of Moving Party

7/20/2016
Date