IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN HANEGRAAF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PAUL MORELLI DESIGN, INC. | : | |
| and PAUL MORELLI | : | NO. 2:16-CV-02848-LDD |

## NOTICE TO MARK JUDGMENT SATISFIED

TO: RICHARD SABOL, DEPUTY CLERK
U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHEREAS, Judgment was entered in the above-entitled action on January 23, 2017, in favor of Plaintiff Kathryn Hanegraaf and against Defendants, Paul Morelli Design, Inc. and Paul Morelli, in the amount of $125,000.00 together with attorney's fees, interest and costs, in accordance with Defendants' offer of judgment and Plaintiff's acceptance pursuant to F.R.C.P. 68 (Doc. 25).

NOW THEREFORE, this is your notice and authority to enter on the aforesaid record, this full satisfaction of judgment.

DWYER & BARRETT, L.L.C.

BY: _____
Andrew Dwyer, Esquire
17 Academy Street, Suite 1201
Newark, NJ 07102
*Attorneys for Plaintiff*

Dated: 3/3/2017

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3/3/2017                    By: _____
                                         Andrew Dwyer, Esquire